# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400   FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

September 15, 2006

In Re:   Dale D. Zepp
         MO Bar #47158
         2510 S. Brentwood, #205             4:06MC350
         St. Louis, MO 63144

Enclosed Order of the Missouri Supreme Court dated September 12, 2006.



# Supreme Court of Missouri

## en banc

September 12, 2006

In re: Dale D. Zepp,  )
 ) MBE No. 47158
Respondent.  ) Supreme Court No. SC87900

### ORDER

Informant having filed a motion for final discipline advising the Court that Dale D. Zepp pled guilty to the crime of mail fraud in the United States District Court for the Eastern District of Missouri; and

It further appearing to the Court that the said Dale D. Zepp was suspended from the practice of law by Order of this Court entered on June 15, 2006, pending final disposition of the criminal proceeding; and

The aforesaid judgment of conviction now being final; and the Chief Disciplinary Counsel having moved the Court for an order effecting permanent discipline of said Dale D. Zepp and praying that the same be administered without the requirement of any other proceeding pursuant to Rule 5.21(c); and

The Court finds that Respondent has violated the Rules of Professional Conduct and should be disciplined;

Now, therefore, it is ordered by the Court that the said Dale D. Zepp be, and he is hereby disbarred, that his right and license to practice law in the State of Missouri is cancelled and that his name be stricken from the roll of attorneys in this State. No petition for reinstatement shall be entertained by this Court until restitution to the State of Missouri as required by the judgment of the United States District Court for the Eastern District of Missouri is paid in full.

It is further ordered that the said Dale D. Zepp comply in all respects with 5.27 - Notification of Clients and Counsel.
Costs taxed to Respondent.

Day - to - Day

William Ray Price, Jr.
Acting Chief Justice



# Supreme Court of Missouri

## en banc

September 12, 2006

In re: Dale D. Zepp,  )
 ) MBE No. 47158
Respondent.  ) Supreme Court No. SC87900

### ORDER

Informant having filed a motion for final discipline advising the Court that Dale D. Zepp pled guilty to the crime of mail fraud in the United States District Court for the Eastern District of Missouri; and

It further appearing to the Court that the said Dale D. Zepp was suspended from the practice of law by Order of this Court entered on June 15, 2006, pending final disposition of the criminal proceeding; and

The aforesaid judgment of conviction now being final; and the Chief Disciplinary Counsel having moved the Court for an order effecting permanent discipline of said Dale D. Zepp and praying that the same be administered without the requirement of any other proceeding pursuant to Rule 5.21(c); and

The Court finds that Respondent has violated the Rules of Professional Conduct and should be disciplined;

Now, therefore, it is ordered by the Court that the said Dale D. Zepp be, and he is hereby disbarred, that his right and license to practice law in the State of Missouri is cancelled and that his name be stricken from the roll of attorneys in this State. No petition for reinstatement shall be entertained by this Court until restitution to the State of Missouri as required by the judgment of the United States District Court for the Eastern District of Missouri is paid in full.

It is further ordered that the said Dale D. Zepp comply in all respects with 5.27 - Notification of Clients and Counsel.
Costs taxed to Respondent.

Day - to - Day

William Ray Price, Jr.
Acting Chief Justice