# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

IN THE MATTER OF:                    )
                                     )
                                     )
                                     )
DALE D. ZEPP                         )            4:06 MC 350 CEJ
                                     )
                                     )

## ORDER

This Court has been advised by receipt of a certified copy of the September 12, 2006

order of the Supreme Court of Missouri, entered in **In re: Dale D. Zepp**, Cause No. 87900,

indicating that Dale D. Zepp has been disbarred from the practice of law by the Supreme Court of

Missouri.

Dale D. Zepp has been admitted to practice before this Court. In accordance with

Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated

October 10, 2006 directing Dale D. Zepp to show cause in writing within thirty days after service

of that order why the identical discipline prescribed by the Supreme Court of Missouri should not

be imposed by this Court. The order was served by certified mail on October 11, 2006 sent to the

last known address of Dale D. Zepp. No response has been filed by Mr. Zepp. This Court

therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be

imposed on Dale D. Zepp pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Dale D. Zepp be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 24th day of January, 2007.

**BY THE COURT:**

_____
Chief Judge Carol E. Jackson

_____
Judge Jean C. Hamilton

_____
Judge Charles A. Shaw

_____
Judge Catherine D. Perry

_____
Judge E. Richard Webber

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey